IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ARIAS-MALDONADO,            )<br>                              )<br>        Plaintiff(s),      )<br>                              )<br>    vs.                       )<br>                              )<br>D. K. SISTO, et al.,          )<br>                              )<br>        Defendant(s).         )<br>_____) | No. C 08-0169 VRW (PR)<br><br>ORDER OF TRANSFER |

  Plaintiff, a prisoner at California State Prison, Solano, has filed a pro se civil rights complaint under 42 USC § 1983 challenging the conditions of his confinement. A substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in the County of Solano, which lies within the venue of the Eastern District of California. See 28 USC § 84(b). Venue therefore properly lies in the Eastern District. See id § 1391(b).

  Accordingly, IT IS ORDERED that in the interest of justice, and pursuant to 28 USC § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

  The clerk shall transfer this matter and terminate all pending motions as moot.

  SO ORDERED.

              /s/ Vaughn R Walker
              VAUGHN R WALKER
              United States District Chief Judge

G:\PRO-SE\VRW\CR.08\Arias-Maldonado, J1.or1.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ARIAS-MALDONADO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D.K. SISTO et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: C08-0169 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jaime A. Arias-Maldonado T-12528
California State Prison - Solano
17-103
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: January 17, 2008

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Cora Klein, Deputy Clerk

　　　　　　　　　　　　　　　　　　　*Cora Klein*