**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————

www.cand.uscourts.gov

Richard W. Wieking                                              General Court Number
Clerk                                                                     415.522.2000

January 28, 2008

4-200 Robert T. Matsui
United States Courthouse
501 I Street
Sacramento, CA 95814-7300

RE: CV 08-00169 VRW  JAIME ARIAS-MALDONADO-v-D.K. SISTO

Dear Clerk,

        Pursuant to an order transferring the above captioned case to your court, transmitted herewith

are:

        ☒        Certified copy of docket entries.

        ☒        Certified copy of Transferral Order.

        ☒        Original case file documents.

        ☒        Please access the electronic case file for additional pleadings you may need.  See

                the attached instructions for details.


        Please acknowledge receipt of the above documents on the attached copy of this letter.


                                Sincerely,
                                RICHARD W. WIEKING, Clerk

                                *Gwen S. Agid*

                                by:  Gwen Agid
                                Case Systems Administrator


Enclosures
Copies to counsel of record