UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000



January 28, 2008

4-200 Robert T. Matsui
United States Courthouse
501 I Street
Sacramento, CA 95814-7300

RECEIVED
JAN 2 9 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

RE: CV 08-00169 VRW  JAIME ARIAS-MALDONADO-v-D.K. SISTO

Dear Clerk,

**2 0 8 - CV - - 2 1 6 GEB KJM PC**

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒   Certified copy of docket entries.

☒   Certified copy of Transferral Order.

☒   Original case file documents.

☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Gwen S. Agid*

by: Gwen Agid
Case Systems Administrator

Enclosures
Copies to counsel of record